1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSE LUIS AVILES,                    ) NO. CV 11-05551 JVS (SS)
                                         )
12                  Petitioner,          )
                                         )
13          v.                           )           **JUDGMENT**
                                         )
14  DOMINGO URIBE, JR., Warden,          )
                                         )
15                  Respondent.          )
    _____)

16

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED:   January 31, 2012

25                                       _____

26                                       JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE

27

28